IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REGINALD HOLSTON,

     Appellant,

v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1551

Opinion filed June 17, 2016.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Reginald Holston, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Mark S. Urban, Assistant Attorney General, Eric Gonzalez, Assistant Attorney General, and Kenneth Steely, General Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.